UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

MAY 2 5 2001

Michael N. Milby
Clerk of Court

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| | | |
|---|---|---|
| ▓▓▓▓ | Brownsville | B-01-045 |

Feliciano Martinez,

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

United States, et al.

**This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:**

| ▓▓▓▓▓▓▓▓ | Joseph R. Lipton<br>U.S. Department of Justice<br>Constitutional Torts Staff<br>P.O. Box 7146<br>Ben Franklin Station<br>Washington, D.C. 20044<br>202-616-1024<br>IL Bar No. 6225473 |
|---|---|

Northern District of Illinois

**Seeks to appear as the attorney for this party:**

Defendant United States

| Dated: 5/22/01 | Signed: *Joseph R Lipton* |
|---|---|

## ORDER

**This lawyer is admitted *pro hac vice*.**

Signed on _____, _____.  _____
                                                                                   United States District Judge