UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FELICIANO MARTINEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. B-01-045 |
| | ) | |
| UNITED STATES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT UNITED STATES' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant United States, through its undersigned attorneys, moves the Court, without opposition from plaintiff, to enlarge the time to answer or otherwise plead to the complaint for 30 days to and including June 26, 2001.

On March 20, 2001, plaintiff filed his complaint. Plaintiff served a copy of the summons and complaint on the United States Attorney for the Southern District of Texas on March 27, 2001, and on the Attorney General on March 30, 2001. In accordance with Fed. R. Civ. P. 12(a)(3)(A), the United States has until May 26, 2001, to file an answer or otherwise plead to the complaint.

On May 18, 2001, the undersigned attorney was assigned to represent the United States in this case. The undersigned attorney has contacted the Immigration and Naturalization Service, the federal agency involved in the case, but will not be able to gather the relevant documents and speak to the appropriate officials in the time allotted to answer or otherwise plead to the complaint. This has been complicated by the fact that on May 16, 2001, the only defendant named in his individual capacity, Joe Lopez, was arrested on charges of conspiracy to smuggle undocumented immigrants into the United States, and currently is being held without bail.

This motion is not being brought for purposes of delay. The undersigned attorney has contacted the attorney for plaintiff, Lisa S. Brodyaga, and she does not oppose the relief sought in this motion.

For the foregoing reasons, the United States requests that the Court enlarge the time to answer or otherwise please to the complaint for 30 days to June 26, 2001.

DATED at Washington, D.C. this 24th day of May 2001.

Respectfully submitted,

STUART SCHIFFER
Acting Assistant Attorney General
Civil Division

HELENE M. GOLDBERG
Director, Torts Branch
Civil Division

NICKI L. KOUTSIS
Assistant Director, Torts Branch
Civil Division

JOSEPH R. LIPTON
Attorney-in-charge
United States Department of Justice
P.O. Box 7146
Ben Franklin Station
Washington, D.C. 20044
Illinois Bar No. 6225473
Telephone: (202) 616-1024
Facsimile: (202) 616-4314

Attorneys for the United States

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| FELICIANO MARTINEZ, | ) |
| Plaintiff, | ) |
| v. | ) No. B-01-045 |
| UNITED STATES, et al., | ) |
| Defendants. | ) |

ORDER GRANTING DEFENDANT UNITED STATES'
UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Upon consideration of defendant United States' unopposed motion for enlargement of time to answer or otherwise plead to the complaint, it is hereby ORDERED that said motion is GRANTED.

It is ORDERED that the United States shall have until and including June 26, 2001, to file an answer or otherwise plead to the complaint.

This ____ day of _____ 2001.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that I have caused to be served via first class mail a true and correct copy of the foregoing Defendant United States' Unopposed Motion for Enlargement of Time, on this 24th day of May 2001, to:

Lisa S. Brodyaga
Refugio Del Rio Grande, Inc.
17891 Landrum Park Road
San Benito, Texas  78586


_____
JOSEPH R. LIPTON