**UNITED STATES DISTRICT COURT**          **SOUTHERN DISTRICT OF TEXAS**

United States District Court
Southern District of Texas
FILED

MAY 2 5 2001

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Michael N. Milby
Clerk of Court

| Division | Brownsville | Case Number | B-01-045 |
|---|---|---|---|

Feliciano Martinez,

*versus*

United States, et al.

**This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:**

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Admitted U.S. District Court: | Joseph R. Lipton<br>U.S. Department of Justice<br>Constitutional Torts Staff<br>P.O. Box 7146<br>Ben Franklin Station<br>Washington, D.C.  20044<br>202-616-1024<br>IL Bar No. 6225473<br>Northern District of Illinois |

United States District Court
Southern District of Texas
ENTERED

JUN 06 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

**Seeks to appear as the attorney for this party:**

Defendant United States

| **Dated:**  5/22/01 | **Signed:** _Joseph R. Lipton_ |
|---|---|

## ORDER

**This lawyer is admitted *pro hac vice*.**

Signed on *June 6th, 2001.*    _____

**United States District Judge**

SDTX (d_prohac.ord)
02/03/98

ClibPDF - www.fastio.com