UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 07 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| FELICIANO MARTINEZ, | ) |
| Plaintiff, | ) |
| v. | ) No. B-01-045 |
| UNITED STATES, et al., | ) |
| Defendants. | ) |

### ORDER GRANTING DEFENDANT UNITED STATES' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Upon consideration of defendant United States' unopposed motion for enlargement of time to answer or otherwise plead to the complaint, it is hereby ORDERED that said motion is GRANTED.

It is ORDERED that the United States shall have until and including June 26, 2001, to file an answer or otherwise plead to the complaint.

This 6th day of June 2001.

_____
UNITED STATES DISTRICT JUDGE