*10*

**COPY**

Joe Lopez
Brownsville, Texas

United States District Court
Southern District of Texas
FILED

AUG 1 0 2001

Michael N. Milby
Clerk of Court

United States District Court
Southern District of Texas
Brownsville Division

RE:   Civil Action No. B-01-045

Dear Sir or Madam:

    I do hereby respectfully request that my time to answer on the above captioned cause be extended 30 days.

    I do so because I have requested the United States Government provide me with legal counsel in and for the purpose of defending the above captioned law suit   I have petitioned the U.S. Department of Justice civil division because the incident which is the basis of this lawsuit occurred while I was in the course and scope of my employment.

    I presently incarcerated in Cameron County and am not able to expedite my request for counsel.

Respectfully,

Joe Lopez