11

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 21 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| FELICIANO MARTINEZ | * |
| VS | * C.A. NO. B-01-045 |
| UNITED STATES, ET AL | * |

## ORDER

Came on to be considered Defendant JOE LOPEZ' Request for a 30-day extension to file his answer, and the Court, having considered said request, finds that said request should be granted.

**IT IS SO ORDERED.** Defendant JOE LOPEZ shall file his answer on or before September 20, 2001.

DONE at Brownsville, Texas, on 20th day of August 2001.

Felix Recio
United States Magistrate Judge