```
                                              United States District Court
                                              Southern District of Texas
                                                      FILED

         UNITED STATES DISTRICT COURT           SEP 2 0 2001
          SOUTHERN DISTRICT OF TEXAS
             BROWNSVILLE DIVISION              Michael N. Milby
                                                Clerk of Court
```

| | |
|---|---|
| FELICIANO MARTINEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. B-01-045 |
| | ) |
| UNITED STATES, et al., | ) |
| | ) |
| Defendants. | ) |

### DEFENDANT JOE LOPEZ'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant Joe Lopez, through his undersigned counsel, moves the Court, without opposition from plaintiff, to enlarge the time to answer or otherwise plead to the complaint to and including November 13, 2001. In support of the motion, defendant states as follows:

1. On March 20, 2001, plaintiff filed his complaint. Plaintiff served a copy of the complaint and summons on defendant on June 13, 2001. On August 10, 2001, defendant, who was unrepresented by counsel at the time, requested a 30-day extension of time to answer. On August 21, 2001, the Court granted defendant's motion and extended the time to answer to September 20, 2001.

2. Defendant sought the extension of time because he had requested representation from the federal government and his request was still pending. Pursuant to the procedures for requesting representation, the agency for whom the government employee works – in this case, the Immigration and Naturalization Service (INS) – must "submit a statement containing its findings as to whether the employee was acting with the scope of his employment and its recommendation for or against providing representation." 28 C.F.R. § 50.15(a)(1). Once that statement is submitted, the litigating division of the Department of Justice must then "determine

whether the employee's actions reasonably appear to have been performed within the scope of his employment and whether providing representation would be in the interests of the United States." 28 C.F.R. § 50.15(a)(2).

3. In the case of INS, an employee's representation request is processed by the District Counsel, who submits it to the Regional Counsel, who then submits it to the General Counsel in Washington, DC. Here, that process was slowed and complicated by defendant's incarceration. As a result, the Department of Justice did not receive INS' statement regarding defendant's representation request until September 17, 2001. The Department of Justice then immediately processed the request and authorized representation for defendant on September 18, 2001. Thereafter, the undersigned attorney was assigned to represent defendant.

4. In light of the fact that representation was recently authorized for defendant, the undersigned attorney will not have a sufficient opportunity to confer with defendant within the time allotted to answer or otherwise plead to the complaint. In addition, defendant is scheduled to be sentenced in his criminal case on October 29, 2001. Therefore, defendant seeks an enlargement of time to answer or otherwise plead to the complaint to and including November 13, 2001.

5. This motion is not being brought for purposes of delay and the requested enlargement will not unduly prejudice the interests of the parties. The undersigned attorney has contacted the attorney for plaintiff, Lisa S. Brodyaga, and she does not oppose the relief sought in this motion.

For the foregoing reasons, defendant requests that the Court enlarge the time to answer or otherwise please to the complaint to and including November 13, 2001.

2

DATED at Washington, D.C. this 19th day of September 2001.

        Respectfully submitted,

        ROBERT D. MCCALLUM, JR.
        Assistant Attorney General
        Civil Division

        JOHN L. EULER
        Acting Director, Torts Branch
        Civil Division

        NICKI L. KOUTSIS
        Assistant Director, Torts Branch
        Civil Division

        */s/ Joseph R. Lipton*
        JOSEPH R. LIPTON
        Attorney-in-charge
        United States Department of Justice
        P.O. Box 7146
        Ben Franklin Station
        Washington, D.C.  20044
        Illinois Bar No. 6225473
        Telephone:  (202) 616-1024
        Facsimile:  (202) 616-4314

        Attorneys for defendant Joe Lopez

## CERTIFICATE OF SERVICE

I hereby certify that I have caused to be served via first class mail a true and correct copy of the foregoing Defendant Joe Lopez's Unopposed Motion for Enlargement of Time, on this 19th day of September 2001, to:

Lisa S. Brodyaga
Refugio Del Rio Grande, Inc.
17891 Landrum Park Road
San Benito, Texas  78586


_____
JOSEPH R. LIPTON