United States District Court
Southern District of Texas
FILED

SEP 2 0 2001

Michael N. Milby
Clerk of Court

13

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER
# FOR ADMISSION *PRO HAC VICE*

| | Brownsville | | B-01-045 |
|---|---|---|---|
| | Feliciano Martinez, | | |
| | United States, et al. | | |

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| | Joseph R. Lipton<br>U.S. Department of Justice<br>Constitutional Torts Staff<br>P.O. Box 7146<br>Ben Franklin Station<br>Washington, DC 20044<br>202-616-1024<br>IL Bar No. 6225473 |
|---|---|

Northern District of Illinois

Seeks to appear as the attorney for this party:

| Defendant Joe Lopez |
|---|

| Dated: 9/18/01 | Signed: *Joseph R. Lipton* |
|---|---|

## ORDER

This lawyer is admitted *pro hac vice*.

Signed on _____, _____.    _____
                                        United States District Judge

SDTX (d_prohac.ord)
02/03/98