13

UNITED STATES DISTRICT COURT　　SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED
SEP 20 2001
Michael N. Milby, Clerk of Court

United States District Court
Southern District of Texas
ENTERED
SEP 25 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk M Cam

# MOTION AND ORDER
# FOR ADMISSION *PRO HAC VICE*

| | Brownsville | | B-01-045 |
|---|---|---|---|
| | Feliciano Martinez, | | |
| | United States, et al. | | |

**This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:**

| | Joseph R. Lipton<br>U.S. Department of Justice<br>Constitutional Torts Staff<br>P.O. Box 7146<br>Ben Franklin Station<br>Washington, DC 20044<br>202-616-1024<br>IL Bar No. 6225473<br>Northern District of Illinois |
|---|---|

14

**Seeks to appear as the attorney for this party:**

| Defendant Joe Lopez |
|---|
| Dated: 9/18/01　　Signed: *Joseph R. Lipton* |

### ORDER

This lawyer is admitted *pro hac vice*.

Signed on  9-24  2001.  *[signature]*

United States Magistrate Judge

SDTX (d_prohac.ord)
02/03/98