15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 2 5 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk M. Garza

| | |
|---|---|
| FELICIANO MARTINEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. B-01-045 |
| | ) |
| UNITED STATES, et al., | ) |
| | ) |
| Defendants. | ) |

ORDER GRANTING DEFENDANT JOE LOPEZ'S
UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Upon consideration of defendant Joe Lopez's unopposed motion for an enlargement of time to answer or otherwise plead to the complaint, it is hereby ORDERED that said motion is GRANTED.

It is ORDERED that defendant shall have until and including November 13, 2001, to file an answer or otherwise plead to the complaint.

This 24th day of September 2001.

_____
UNITED STATES DISTRICT JUDGE