UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| FELICIANO MARTINEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. B-01-045 |
| ) | |
| UNITED STATES, et al., ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT JOE LOPEZ'S ANSWER

Defendant Joe Lopez, through his undersigned attorneys, answers the complaint as follows:

#### First Defense

The claims arising under the Constitution of the United States are barred by the doctrine of qualified immunity.

#### Second Defense

The complaint fails to state a claim upon which relief can be granted.

#### Third Defense

Defendant answers the numbered paragraphs of the complaint as follows:

1.  The allegations in this paragraph set forth plaintiff's characterization of the complaint to which no response is required. To the extent a response may be required, defendant denies the allegations in this paragraph.

2.  The allegations in this paragraph set forth plaintiff's characterization of the complaint and state a legal conclusion to which no response is required. To the extent a response may be required, defendant denies the allegations in this paragraph.

3-4.    The allegations in these paragraphs set forth plaintiff's characterization of the complaint to which no response is required. To the extent a response may be required, defendant denies the allegations in these paragraphs.

5.    Defendant admits that jurisdiction over the claims alleged against him is conferred upon this Court by 28 U.S.C. §§ 1331.

6.    Defendant admits the allegations in this paragraph.

7.    The allegations in this paragraph state a legal conclusion to which no response is required. To the extent a response may be required, defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

8.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

9-10.    The allegations in these paragraphs state legal conclusions to which no response is required. To the extent a response may be required, defendant denies the allegations in these paragraphs.

11.    Defendant denies the allegations in this paragraph.

12-28.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in these paragraphs.

29-30.    Defendant denies the allegations in these paragraphs.

31-32.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in these paragraphs.

33.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph except to deny that he threatened plaintiff.

2

34-38.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in these paragraphs.

39.     The allegations in this paragraph state a legal conclusion to which no response is required. To the extent a response may be required, defendant denies the allegations in this paragraph.

40.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

41.     The allegations in this paragraph state a legal conclusion to which no response is required. To the extent a response may be required, defendant denies the allegations in this paragraph.

42.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

43.     Defendant incorporates his answers to the previous paragraphs.

44-46.  The allegations in these paragraphs state legal conclusions to which no response is required. To the extent a response may be required, defendant denies the allegations in these paragraphs.

47.     Defendant incorporates his answers to the previous paragraphs.

48-50.  The allegations in these paragraphs state legal conclusions to which no response is required. To the extent a response may be required, defendant denies the allegations in these paragraphs.

51.     Defendant incorporates his answers to the previous paragraphs.

52-54.  The allegations in these paragraphs state legal conclusions to which no response is

required. To the extent a response may be required, defendant denies the allegations in these paragraphs.

55. Defendant incorporates his answers to the previous paragraphs.

56-58. The allegations in these paragraphs state legal conclusions to which no response is required. To the extent a response may be required, defendant denies the allegations in these paragraphs.

59. Defendant incorporates his answers to the previous paragraphs.

60-61. The allegations in these paragraphs state legal conclusions to which no response is required. To the extent a response may be required, defendant denies the allegations in these paragraphs.

WHEREFORE, having fully answered, defendant prays that the Court dismiss this action with prejudice, award it costs incurred in defending this action, and grant such other and further relief as it deems appropriate.

DATED at Washington, D.C. this 9th day of November 2001.

Respectfully submitted,

ROBERT D. MCCALLUM, JR.
Assistant Attorney General
Civil Division

JOHN L. EULER
Acting Director, Torts Branch
Civil Division

NICKI L. KOUTSIS
Assistant Director, Torts Branch
Civil Division

_____
JOSEPH R. LIPTON
Attorney-in-charge
United States Department of Justice
P.O. Box 7146
Ben Franklin Station
Washington, D.C.  20044
Illinois Bar No. 6225473
Telephone:  (202) 616-1024
Facsimile:  (202) 616-4314

Attorneys for defendant Joe Lopez

## CERTIFICATE OF SERVICE

I hereby certify that I have caused to be served via first class mail a true and correct copy of the foregoing Defendant Joe Lopez's Answer, on this 9th day of November 2001, to:

Lisa S. Brodyaga
Refugio Del Rio Grande, Inc.
17891 Landrum Park Road
San Benito, Texas 78586


JOSEPH R. LIPTON