# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS DIVISION
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 9 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| FELICIANO MARTINEZ | * |
| vs | * CIVIL ACTION NO. B-01-045 |
| UNITED STATES, ET AL | * |

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

### TELEPHONIC INITIAL PRETRIAL CONFERENCE
(The Defendants' counsel shall initiate the telephonic conference.)

**Thursday, December 18, 2001, @ 2:00 P.M.**

**BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO**

PLACE: UNITED STATES DISTRICT COURT
600 E. Harrison, 2nd Floor
Brownsville, Texas 78520
(956) 548-2701

**BY ORDER OF THE COURT**

November 19, 2001

cc: Counsel of Record