18

United States District Court
Southern District of Texas
FILED

DEC 1 0 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

FELICIANO MARTINEZ, )
)
    Plaintiff, )
)
v. ) No. B-01-045
)
UNITED STATES, et al., )
)
    Defendants. )

## JOINT PROPOSED DISCOVERY PLAN

The parties, through their respective attorneys, submit the following proposed discovery plan in accordance with Fed. R. Civ. P. 26(f):

    Initial disclosures are due on January 2, 2002.

    Plaintiff's disclosure of expert witnesses with reports is due on March 1, 2002.

    Defendants' disclosure of expert witnesses with reports is due on May 1, 2002.

    All discovery will be completed by September 1, 2002.

    All dispositive motions will be filed by October 1, 2002.

    Trial will commence on January 1, 2003.

Respectfully submitted,

/s/ Lisa S. Brodyaga

Lisa S. Brodyaga, Attorney
REFUGIO DEL RIO GRANDE, INC.
17891 Landrum Park Road
San Benito, Texas 78586
(tel) (956) 421-3226
(fax) (956) 421-3423
Texas Bar No. 03052800

ROBERT D. MCCALLUM, JR.
Assistant Attorney General
Civil Division

JOHN L. EULER
Acting Director, Torts Branch
Civil Division

NICKI L. KOUTSIS
Assistant Director, Torts Branch
Civil Division

Federal ID No. 1178

Attorney for plaintiff Feliciano Martinez

*/s/ Joseph R. Lipton*
JOSEPH R. LIPTON
Attorney-in-charge
United States Department of Justice
P.O. Box 7146
Ben Franklin Station
Washington, D.C. 20044
Illinois Bar No. 6225473
Telephone: (202) 616-1024
Facsimile: (202) 616-4314

Attorneys for defendants United States and Joe Lopez