*19*

# CHAMBERS MINUTES

Felix Recio, United States Magistrate Judge
Southern District of Texas, Brownsville Division

```
United States District Court
  Southern District of Texas
          FILED
       DEC 18 2001
     Michael N. Milby
      Clerk of Court
```

Date: Dec 18, 2001, 2:00 pm

---

### C. A. NO. B01-045 (HGT)

---

| FELICIANO MARTINEZ | * | Joseph R Lipton |
|---|---|---|
| vs | * | |
| UNITED STATES, ET AL | * | Lisa S Brodyaga |

---

## TELEPHONIC INITIAL PRETRIAL CONFERENCE

Telephonic conference held with attorneys Lipton and Brodyaga.

The parties agreed to the docket dates. A scheduling order shall be issued.