UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF TEXAS

FELICIANO MARTINEZ                §

    VS                            §   C.A. NO. B-01-045
                                       (Judge Tagle)
UNTIED STATES, ET AL              §

United States District Court
Southern District of Texas
ENTERED
DEC 1 9 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

## SCHEDULING ORDER

1. Trial: Estimated time to try: __1__ days.     ☐ Bench   ☑ Jury

2. New parties must be joined by:     N/A
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff(s)' experts will be named with a report furnished by:   March 1, 2002

4. The defendant(s)' experts must be named with a report furnished within 30 days of the deposition of the plaintiff(s)' expert.   May 1, 2002

5. Discovery must be completed by:   September 1, 2002
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuances will be granted because of information acquired in post-deadline discovery.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*  The court will provide these dates.  \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

6. Dispositive Motions will be filed by:   October 1, 2002

7. Joint pretrial order is due:   October 31, 2002
   *The plaintiff(s) is responsible for filing the pretrial order on time.*

8. Docket call and final pretrial conference before Judge Tagle
9. is set for 1:30 p.m. on:   December 5, 2002
   *The case will remain on standby until tried.*

10. The jury selection before Judge Tagle is set for 9:00 a.m. on:   December 9, 2002

The case will remain on standby until tried.

Signed _December 18, 2001_, at Brownsville, Texas.

Felix Recio
United States Magistrate Judge