UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

FELICIANO MARTINEZ, )
)
    Plaintiff, )
)
v. ) No. B-01-045
)
UNITED STATES, et al., )
)
    Defendants. )

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Feliciano Martinez and defendants United States and Jose Lopez, through their respective counsel, hereby stipulate and agree that this civil action, having been fully and finally resolved, shall be dismissed in its entirety with prejudice, with each party to bear their own costs and attorney's fees.

LISA S. BRODYAGA, Attorney
REFUGIO DEL RIO GRANDE, INC.
17891 Landrum Park Road
San Benito, Texas 78586
(tel) (956) 421-3226
(fax) (956) 421-3423
Texas Bar No. 03052800
Federal ID No. 1178

Attorney for plaintiff Feliciano Martinez

Dated: 2-25-02

ROBERT D. MCCALLUM, JR.
Assistant Attorney General
Civil Division

JOHN L EULER
Acting Director, Torts Branch
Civil Division

NICKI L. KOUTSIS
Assistant Director, Torts Branch
Civil Division

JOSEPH R. LIPTON
United States Department of Justice
P.O. Box 7146
Ben Franklin Station
Washington, D.C. 20044
Illinois Bar No. 6225473

Telephone: (202) 616-1024
Facsimile: (202) 616-4314

**Attorneys for defendants United States and Jose Lopez**

Dated: 2-25-02