**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

JUL 2 2 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| FELICIANO MARTINEZ<br>       Plaintiff,<br>VS<br><br>UNITED STATES, ET AL<br>       Defendant. | *<br>*<br>*<br>*<br>* | CIVIL ACTION NO. B-01-045 |

### FINAL ORDER OF DISMISSAL

BE IT REMEMBERED that on _July 19, 2002_, the Court considered the Parties' Stipulation of Dismissal with Prejudice [Dkt. No. 021]. The Court, having been advised by counsel that this cause of action has been fully and finally resolved, dismisses this case with prejudice. All parties shall bear their own costs. The Court retains jurisdiction to enforce the settlement. <u>Kokkonen v. Guardian Life Ins. Co. of America</u>, 511 U.S. 375, 380 (1994).

DONE at Brownsville, Texas, on ___19th___ day of July 2002.

Hilda Tagle
United States District Judge